UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER REED | CIVIL ACTION |
| VERSUS | NO: 18-3934 |
| STEVEN MARTINEZ, OLD REPUBLIC INS. CO., DACON CORPORATION AND/OR QUANTA SERVICES, INC. | SECTION: "J"(4) |

# ORDER

Considering the foregoing *Ex Parte Partial Motion and Order to Dismiss Quanta Services, Inc. Without Prejudice* **(Rec. Doc. 13),** filed by Plaintiff;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and Quanta Services, Inc. is **DISMISSED without prejudice**, with each party to bear its own costs. Plaintiff retains all rights against the remaining Defendants in this action.

New Orleans, Louisiana this 25th day of September, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE